**Supreme Court**

No. 2011-389-Appeal.
(PM 07-2755)

Rocco D'Alessio             :

v.                          :

State of Rhode Island.      :

## ORDER

This case came before the Supreme Court for oral argument on December 5, 2012, pursuant to an order directing the parties to appear and show cause why the issues raised in this appeal should not summarily be decided. After hearing the arguments and reviewing the memoranda of the parties, we conclude that cause has been shown.

Accordingly, the case is assigned to the regular calendar for full briefing and argument. The appellant's brief will be due within forty days of this order. Further briefing shall be in accordance with Article I, Rule 16 of the Supreme Court Rules of Appellate Procedure. The appellant may file a motion with this Court for the appointment of counsel, if he so chooses.

Entered as an Order of this Court this 19th day of December, 2012.

By Order,

_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**  Rocco D'Alessio v. State of Rhode Island.

**CASE NO:**  No. 2011-389-Appeal
(PM 07-2755)

**COURT:**  Supreme Court

**DATE ORDER FILED:**  December 19, 2012

**JUSTICES:**  Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**  N/A – Court Order

**SOURCE OF APPEAL:**  Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Robert D. Krause

**ATTORNEYS ON APPEAL:**

For Petitioner:  Rocco D'Alessio, Pro Se

For State:  Jeanine P. McConaghy
Department of Attorney General